UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. DAWSON,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL,<br><br>        Respondent. | No. CV 17-5822 GW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 26, 2019

*[signature]*

GEORGE H. WU
United States District Judge